UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MODESTO HERNANDEZ,<br>an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>HAYES-KAUFMAN PLAINVILLE, LLC,<br>a Connecticut Limited Liability Company,<br><br>      Defendant. | Case No.: 3:19-cv-00729-MPS |

**JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached an agreement regarding all substantive issues in dispute. The parties are currently in the process of reducing their agreement to writing. Once their written agreement is finalized and consummated, which is expected within the next thirty (30) days, the parties will stipulate to the dismissal of this action. The parties further request that the Court adjourn all upcoming hearings and deadlines while they finalize their settlement.

Dated: March 4, 2020

[Signatures on following page]

1

<table>
<tr><td>

Respectfully Submitted,

/s/ Louis Mussman            .
Louis Mussman, Esq. (ct27484)
Louis@kumussman.com
KU & MUSSMAN, P.A.
18501 Pines Blvd., Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (305) 891-4512

      and

Ioannis A. Kaloidis, Esq. (ct25510)
The Kaloidis Law Firm, LLC
Local Counsel
21 Holmes Avenue
Waterbury, CT  06710
Tel: (203) 597-0010
Fax: (203) 597-0024
john@kaloidislaw.com

*Attorneys for Plaintiff*

</td><td>

Respectfully Submitted,

/s/ C. Scott Schwefel         
C. Scott Schwefel (ct 19324)
Mark Shipman (ct 04323)
Shipman, Shaiken & Schwefel, LLC
Corporate Center West
433 South Main Street, Suite 319
West Hartford, CT 06110
Tel: (860) 606-1712
Fax: (866) 431-3248
mark@shipmanlawct.com
scott@shipmanlawct.com

*Attorneys for Defendant*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

C. Scott Schwefel
Mark Shipman
Shipman, Shaiken & Schwefel, LLC
Corporate Center West
433 South Main Street, Suite 319
West Hartford, CT 06110

                                                                      */s/ Louis I. Mussman*        
                                                                       Louis I. Mussman, Esq.